# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Gary Johnson,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| **Franklin Tennis, ET AL.,** | : | |
| Defendant. | : | No. 05 - 0778 |

## O R D E R

**AND NOW**, this 31st day of August, 2010, upon consideration of Petitioner Gary Johnson's Motion to Vacate Prior Judgment (**paper no. 29**), and for the reasons stated in the accompanying memorandum, it is **ORDERED** that Johnson's Motion to Vacate Prior Judgment is **DISMISSED** for lack of jurisdiction.

/s/ Norma L. Shapiro
_____
J.